1  RAYMOND L. WHEELER (CA SBN 52886)
   Email: RWheeler@mofo.com
2  TERESA N. BURLISON (CA SBN 230854)
   Email: TBurlison@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  LINDA E. SHOSTAK (CA SBN 64599)
   Email: LShostak@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendant
   SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS
11 CORPORATION, BJOERN FISCHER, and HOLGER LIEBEL

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15

16 BONNIE J. SCHMIDT,                    Case No.   C08-02950 RS

17          Plaintiff,                   **CERTIFICATE OF SERVICE**

18     v.                                Date Removed: June 13, 2008

19 SIEMENS MEDICAL SOLUTIONS USA, INC.,
20 a Delaware corporation; SIEMENS
   CORPORATION, a New York corporation;
21 BJOERN FISCHER, an individual; HOLGER
   LIEBEL, an individual; and DOES 1-20,
22
            Defendant.
23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. C08-02950 RS
pa-1262361

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

- **CIVIL CASE COVER SHEET**
- **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**
- **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441**
- **ECF REGISTRATION INFORMATION HANDOUT**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; JUDGE RICHARD SEEBORG'S STANDING ORDER AND JOINT CASE MANAGEMENT STATEMENT**
- **JUDGE RICHARD SEEBORG'S STANDING ORDER REGARDING SETTLEMENT CONFERENCE PROCEDURES**
- **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

CERTIFICATE OF SERVICE
CASE NO. C08-02950 RS
pa-1262361

1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by **UPS**, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☐ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Timothy C. Davis, Esq.            _____ Fax
Marguerite E. Meade, Esq.       __X__ U.S. Mail
The Davis Law Firm, APC        _____ Overnight
625 Market Street, 12th Floor     _____ Personal
San Francisco, CA 94105         _____ Electronic Mail
Phone: (415) 278-1400
Fax:    (415) 278-1401

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 13th day of June, 2008.

1
2
3
4    _____Kate Trevisan_____          _____/s/ Kate Trevisan_____
              (typed)                                  (signature)
5
6    I, **Teresa N. Burlison,** am the ECF User whose ID and password are being used to file this
7    **CERTIFICATE OF SERVICE**. In compliance with General Order 45, X.B., I hereby attest that
     **Kate Trevisan** has concurred in this filing.
8
9    Date: June 13th, 2008              /s/ Teresa N. Burlison
10                                      **Teresa N. Burlison**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
CASE NO. C08-02950 RS                                                                    3
pa-1262361