THE DAVIS LAW FIRM, APC
TIMOTHY C. DAVIS (SBN 60936)
tdavis@sfdavislaw.com
JEANNE M. FAHEY (SBN 179114)
JFahey@sfdavislaw.com
625 Market Street, 12th Floor
San Francisco, California 94105
Telephone:    (415) 278-1400
Facsimile:    (415) 278-1401

Attorneys for Plaintiff
BONNIE J. SCHMIDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BONNIE J. SCHMIDT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; SIEMENS CORPORATION, a New York corporation; SIEMENS AG, a German public stock corporation; BJOERN FISCHER, an individual; HOLGER LIEBEL, an individual; and DOES 1-20,<br><br>　　　　Defendants. | Case No. C08-02950 RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**<br><br>Date:　　　August 27, 2008<br>Time:　　　9:30 a.m.<br>Courtroom:　4<br>Judge:　　　Honorable Richard Seeborg<br>　　　　　(or alternate date upon<br>　　　　　 Reassignment: Declination<br>　　　　　 To Proceed Before<br>　　　　　 Magistrate Judge Filed) |

　　　Plaintiff's Motion to Remand to the Superior Court of California, County of Santa clara came on regularly for hearing before this court on August 27, 2008 at 9:30 a.m. in _____, Honorable _____ presiding.  Jeanne M. Fahey appeared as attorney for Plaintiff Bonnie J. Schmidt.  Teresa Meet Burlison appeared as attorney for Defendants Siemens Medical Solutions, USA, Inc. and Siemans Corporation.

　　　After full consideration of the evidence and the authorities submitted by counsel, as well as

{00019298}　　　　　　　　　　　　　　　　　1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND

1  counsel's oral argument, the Court, finding good cause therefore, Plaintiff's Motion to Remand to the
2  Superior Court, County of Santa Clara is hereby GRANTED.
3      IT IS SO ORDERED.

5  DATED:_____           _____
                                    Honorable Judge of the District Court

{00019298}

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND