THE DAVIS LAW FIRM, APC
TIMOTHY C. DAVIS (SBN 60936)
tdavis@sfdavislaw.com
JEANNE M. FAHEY (SBN 179114)
JFahey@sfdavislaw.com
625 Market Street, 12th Floor
San Francisco, California 94105
Telephone:    (415) 278-1400
Facsimile:    (415) 278-1401

Attorneys for Plaintiff
BONNIE J. SCHMIDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BONNIE J. SCHMIDT,<br><br>             Plaintiff,<br><br>    v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; SIEMENS CORPORATION, a New York corporation; SIEMENS AG, a German public stock corporation; BJOERN FISCHER, an individual; HOLGER LIEBEL, an individual; and DOES 1-20,<br><br>             Defendants. | Case No. C08-02950 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party in the above-captioned civil matter hearby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/ / /

/ / /

{00019300}                                                1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

1 | Dated: July 11, 2008				THE DAVIS LAW FIRM

					By:	____/s/_____
						TIMOTHY C. DAVIS
						JEANNE M. FAHEY
						Attorneys for Plaintiff Bonnie Schmidt

{00019300}

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE